**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1710**

LYNN ELLEN MENDES,

Plaintiff - Appellant,

v.

CHARLES BROWN; CHARLOTTE MECKLENBURG PUBLIC LIBRARY,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Richard L. Voorhees, District Judge.  (3:10-cv-00397-RLV-DCK)

Submitted: February 9, 2012          Decided: February 13, 2012

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lynn Ellen Mendes, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lynn Ellen Mendes appeals the district court's orders dismissing her 42 U.S.C. § 1983 (2006) complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B) (2006), and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mendes v. Brown, No. 3:10-cv-00397-RLV-DCK (W.D.N.C. Nov. 19, 2010; Aug. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED